171 A.3d 199

IN THE MATTER OF FRANCIS CHARLES BABCOCK, JR.,
AN ATTORNEY AT LAW (ATTORNEY NO. 009791990)

D–130 Sept.Term 2016
079311

October 5, 2017

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–323, concluding that **FRANCIS CHARLES BABCOCK, JR.,** of **JERSEY CITY,** who was admitted to the bar of this State in 1990, should be reprimanded for violating RPC 1.1(a)(gross neglect), RPC 1.3 (lack of diligence), RPC 1.4(b)(fail-

ure to keep a client reasonably informed about the status of the matter, RPC 8.1(b) and Rule 1:20–3(g)(3) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **FRANCIS CHARLES BABCOCK, JR.**, is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in Rule 1:20–17.